UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LONE STAR AMERICAS ACQUISITIONS, INC. and LSRMF3 AQ HOLDINGS TRUST, | Civil Action No.: 22-cv-08852-JGK |
| Plaintiffs, | **NOTICE OF MOTION** |
| vs. | |
| SUSA FINANCIAL, INC. d/b/a FIRSTFUNDING, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Scott R. Matthews, Esq., dated November 15, 2022, and the exhibits annexed thereto; the annexed Declaration of Rebecca Smith, dated November 15, 2022, and the exhibits annexed thereto; and the accompanying Memorandum of Law, dated November 15, 2022, and all prior pleadings and proceedings had herein, plaintiffs Lone Star Americas Acquisitions, Inc. ("Lone Star") and LSRMF3 AQ Holdings Trust ("Trust") (collectively, the "Plaintiffs"), by their attorneys, Windels Marx Lane & Mittendorf, LLP, will move this Court, before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time as determined by the Court, for an order (1) pursuant to 28 U.S.C § 1447, remanding this action to the Supreme Court of the State of New York, County of New York, and (2) granting Plaintiffs such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service of these moving papers.

Dated: New York, New York
       November 15, 2022

WINDELS MARX LANE & MITTENDORF, LLP

By: _____
Scott R. Matthews
smatthews@windelsmarx.com
James Tracy
jtracy@windelsmarx.com
156 West 56th Street
New York, New York 10019
(212) 237-1000
*Attorneys for Plaintiffs*

To:   Jordan S. Blask
      **FROST BROWN TODD LLC**
      501 Grant Street, Suite 800
      Pittsburgh, PA 15219
      (412) 513-4300

      Samuel E. Joyner
      **FROST BROWN TODD LLC**
      2101 Cedar Springs Road, Suite 900
      Dallas, TX 75201
      (214) 545-3472

      *Attorneys for Defendant SUSA Financial, Inc.
           d/b/a FirstFunding Inc.*

{12116413:1}