UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LONE STAR AMERICAS ACQUISITIONS,
INC., ET AL.,
              Plaintiffs,

    - against -

SUSA FINANCIAL, INC.,
              Defendant.

22-cv-8852 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit courtesy copies of all papers filed in connection with the fully briefed motion to remand, ECF No. 10.

SO ORDERED.

Dated:    New York, New York
            December 19, 2022

                                        John G. Koeltl
                                    United States District Judge