UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

LONE STAR AMERICAS ACQUISITIONS,            22-cv-8852 (JGK)
INC., ET AL.,
                                            ORDER
               Plaintiffs,

          - against -

SUSA FINANCIAL, INC.,

               Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The conference scheduled for February 22, 2023, at 4:00 p.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
          February 15, 2023

                                   _____
                                          John G. Koeltl
                                   United States District Judge